IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-001-KDB-DCK

| | |
|---|---|
| **CARLY BUCHANAN THORPE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BOSCH AUTOMOTIVE SERVICE SOLUTIONS INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Jason S. Shade, concerning Andrew H. Stuart, on January 19, 2022. Andrew H. Stuart seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Andrew H. Stuart is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 19, 2022

David C. Keesler
United States Magistrate Judge