IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-001-KDB-DCK

| | |
|---|---|
| **CARLY BUCHANAN THORPE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BOSCH AUTOMOTIVE SERVICE** ) | |
| **SOLUTIONS INC.,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Jason S. Shade, concerning Matthew A. Hood, on January 19, 2022. Matthew A. Hood seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Matthew A. Hood is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 19, 2022

David C. Keesler
United States Magistrate Judge